No. 83–1248.  MOBIL OIL CORP. ET AL. *v.* BATCHELDER ET AL. Sup. Ct. Kan.  Certiorari dismissed as to petitioners Mobil Oil Corp., MAPCO Oil & Gas Co., Inc., Fuqua Industries, Inc., and Amoco Production Co. under this Court's Rule 53.

JUNE 24, 1985

No. 83–1278.  CITIES SERVICE OIL CO. ET AL. *v.* MATZEN ET AL.  Sup. Ct. Kan.  Certiorari dismissed under this Court's Rule 53.

No. 84–1714.  SLINGERLAND *v.* OLSON, CHAIRMAN, VERMONT BOARD OF BAR EXAMINERS, ET AL.  Appeal from Sup. Ct. Vt. dismissed for want of substantial federal question.

No. 84–6694.  WILLIAMS ET AL. *v.* GRAND LODGE OF FREE-MASONRY ET AL.  Appeal from Ct. App. Minn. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1192.  GAF CORP. *v.* CHENG.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to dismiss the appeal for want of jurisdiction.

No. 84–5092.  BOOKER *v.* MISSISSIPPI, 469 U. S. 873.  Petition for rehearing granted and order entered October 1, 1984, denying certiorari, vacated.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded to the Supreme Court of Mississippi for further consideration in light of *Caldwell* v. *Mississippi, ante,* p. 320.

No. A–914.  ROBINSON *v.* UNITED STATES.  C. A. 5th Cir. Application for stay of mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.